AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FAITH LEE,

    Plaintiff,

v.

MARTIN J. O'MALLEY,

    Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-41

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on October 31, 2024, the Court grants Defendant's Motion to Remand this case to the Social Security Administration. The Court reverses the decision of the Commissioner and remands this cause to the Commissioner. This civil action stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

November 1, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020